# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON C. HELMAN,** | Case No. 2:25-cv-00589-JLG-CMV |
| **Plaintiff,** | **JUDGE JAMES L. GRAHAM** |
| v. | **MAGISTRATE JUDGE CHELSEY M. VASCURA** |
| **JPMORGAN CHASE BANK, N.A.** | |
| **Defendant.** | |

## STIPULATION FOR EXTENSION OF TIME TO PLEAD

Pursuant to S.D. Ohio Civ. R. 6.1, Plaintiff BRANDON C. HELMAN ("Plaintiff") and Defendant JPMorgan Chase Bank, NA ("Chase") hereby stipulate that Chase may have an additional fourteen (14) days, up to and including June 16, 2025 to plead or otherwise respond to Plaintiff's Complaint. No prior stipulated extensions have been obtained by Chase in this matter.

Dated: May 29, 2025

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ Brandon C. Helman (via telephone consent)
Brandon C. Helman
P.O Box 22
Upper Sandusky, OH 43351
bhrealnm@gmail.com
(419)-577-7148

*Pro Se*

*Sarah M. Benoit*
Sarah M. Benoit (0086616)
John N. Huffman (0102116)
41 S. Hight Street, Suite 1800
Columbus, Ohio 43215
Tel: (614) 221-2838
Fax: (6145) 221-2007
E-mail:  sbenoit@taftlaw.com
         jhuffman@taftlaw.com

Daniela Paez (0091212)
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707
E-mail: dpaez@taftlaw.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of May, 20205, the foregoing was electronically filed with the Clerk of Court using CM/ECF, and a copy was served on the below via regular e-mail and regular U.S. mail:

Brandon C. Helman
P.O Box 22
Upper Sandusky, OH 43351
bhrealnm@gmail.com

*Plaintiff*

**TAFT STETTINIUS & HOLLISTER LLP**

*Sarah M. Benoit*
Sarah M. Benoit (0086616)

*Attorney for JPMorgan Chase Bank, N.A.*