IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

BRANDON C. HELMAN

        Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A.

        Defendant.

Case Number: 2:25-cv-00589-JLG-CMV

Judge: Honorable James L. Graham

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 30 2025 3:09 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## MOTION BY PRO SE LITIGANT TO OBTAIN
## ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, __Brandon C. Helman__, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
3. I have access to the technical requirements necessary to e-file successfully:
   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and
   - A PACER account.
4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual issued by the Clerk.
5. I understand that permission to file electronically may be revoked at any time.

Date: __June 20th, 2025__

Signature: __By: Helman, Brandon-C., without prejudice__
Pro Se

Name: __Brandon C. Helman__
Address: __C/O 122 W Wyandot Ave., P.O. Box 22__
         __Upper Sandusky, Ohio, [43351]__
Phone Number: __419-577-7148__
E-Mail Address: __bhrealnm@gmail.com__