IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brandon Charles Helman,

    Plaintiff,

v.

JPMorgan Chase Bank, N.A.,

    Defendant.

Case No. 2:25-cv-589
District Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

## Order

This matter is before the Court on the Magistrate Judge's August 4, 2025 Report and Recommendation. The Magistrate Judge conducted an initial screen of the complaint under 28 U.S.C. § 1915(e)(2) and recommended that the federal claims be dismissed and that the Court decline to exercise supplemental jurisdiction over plaintiff's state law claims.

The 14-day objection period has passed and no objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 15), which is hereby adopted. Accordingly, plaintiff's federal claims are dismissed and the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims. Defendant's motion to dismiss (Doc. 7) and plaintiff's motion for discovery (Doc. 14) are denied without prejudice to re-filing in state court.

This action is hereby REMANDED to the Court of Common Pleas for Franklin County, Ohio.

                                                *s/ James L. Graham*
                                                JAMES L. GRAHAM
                                                United States District Judge

DATE: August 28, 2025