AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Brandon Charles Helman<br>*Plaintiff*<br>v.<br>JPMorgan Chase Bank, N.A.<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:25-cv-0589<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The Court has adopted the Magistrate Judge's Report and Recommendation. Defendant's motion to dismiss (Doc. 7) and plaintiff's motion for discovery (Doc. 14) are denied without prejudice to re-filing in state court. This action is hereby REMANDED to the Court of Common Pleas for Franklin County, Ohio.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08/28/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*